Supreme Court, April, 1928.                    [Vol. 131

ETHEL PAULINE WESTWOOD, Plaintiff, *v.* MODEL BRASSIERE COMPANY, Defendant.

Supreme Court, New York County, April 6, 1928.

**Account — right of action — fiduciary relationship — complaint alleging that plaintiff intrusted defendant with full description of invention in order to obtain letters patent and that defendant abused confidence states cause of action.**

A complaint alleging that plaintiff intrusted defendant with the full description of her invention for the purpose of obtaining letters patent in plaintiff's name states a good cause of action in equity for an accounting. Defendant's abuse of the confidence reposed in it entitled plaintiff to sue in equity, the allegations of the complaint having established a fiduciary relationship.

MOTION by defendant to dismiss complaint on ground that on face thereof it does not state facts sufficient to constitute a cause of action.

*Maurice B. & Daniel W. Blumenthal,* for the plaintiff.

*Briesen & Schrenk* [*Thomas McErlean* of counsel], for the defendant.

FRANKENTHALER, J. According to the allegations of the complaint plaintiff intrusted defendant with a full description of her invention, together with drawings, samples and sketches, for the purpose of enabling defendant to apply for letters patent in the name of plaintiff. A fiduciary relationship was thereby established (*Marvin* v. *Brooks,* 94 N. Y. 71) and the defendant's abuse of the confidence reposed in it entitles plaintiff to sue in equity for an accounting. The motion to dismiss the complaint is accordingly denied.

Order signed.